UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL RUBIN, Derivatively on Behalf of MATCH GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Levin., *et al.*,<br>Defendants, and<br><br>MATCH GROUP, INC.,<br>Nominal Defendant. | § § § § § § § § § § § § § § § C.A. No. 1-20-CV-00299-CFC |

**STIPULATION AND [PROPOSED] ORDER FOR
VOLUNTARY DISMISSAL OF ACTION**

WHEREAS, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff and Defendants (collectively, the "Parties") hereby jointly agree that the Action should be dismissed with prejudice as to the named Plaintiff only;

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiff or any counsel for Plaintiff and no promise to give any such compensation has been made;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, this case is dismissed in its entirety. The dismissal is with prejudice to the named Plaintiff only. All parties shall bear their own costs.

SO STIPULATED and AGREED this 3rd day of February 2023.

Dated: February 3, 2023

*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9294
knachbar@mnat.com m
*Attorneys for Defendants*

OF COUNSEL:
NORTON ROSE FULBRIGHT US LLP

Gerard G. Pecht
State Bar No. 15701800
gerard.pecht@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

<u>*/s/ Gina M. Serra*</u>
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
RIGRODSKY LAW, P.A.
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

OF COUNSEL:

WEISSLAW LLP

David C. Katz
Mark D. Smilow
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: dkatz@weisslawllp.com

IT IS SO ORDERED this 6th day of February, 2023

_____
The Honorable Colm F. Connolly
United States District Court Judge